*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided November 26, 2007

## IN RE ANNA LEE M. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 104 Conn. App. 121 (AC 27730), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Thomas C. Simones*, in support of the petition.

Decided November 26, 2007

SCHALLER, J., did not participate in the consideration or decision of this petition.